Alan D. Greenberg
Environmental Defense Section
U.S. Dept. of Justice
1961 Stout Street – 8th Floor
Denver CO 80294
Tel. 303-844-1366
Fax 303-844-1350
alan.greenberg@usdoj.gov

*Attorney for Defendants*
*U.S. Environmental Protection Agency*
*and Lisa P. Jackson*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* <br> Plaintiffs, <br> and <br> STATE OF NEW YORK, *et al.* <br> Intervenor-Plaintiffs, <br> v. <br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.* <br> Defendants, <br> and <br> ASSOCIATED GENERAL CONTRACTORS OF AMERICA, *et al.* <br> Intervenor-Defendants. | Case No. CV 04-8307 GHK (RCx) <br><br> **DEFENDANT UNITED STATES ENVIRONMENTAL PROTECTION AGENCY'S NOTICE OF FILING STATUS REPORT (DECEMBER 1, 2009)** <br><br> HON. GEORGE H. KING |

Defendants United States Environmental Protection Agency ("EPA") and Lisa P. Jackson, Administrator of the EPA, pursuant to this Court's Permanent Injunction and Judgment entered December 5, 2006, submit the attached Report on Status of Rulemaking for the Construction and Development Effluent Limitations Guidelines.

1  The final rule entitled "Effluent Limitations Guidelines and Standards for the Construction and Development Point Source Category" was published today in the Federal Register. 74 Fed. Reg. 62,996 (Dec. 1, 2009).

Dated: December 1, 2009.              Respectfully submitted,

                                      IGNACIA S. MORENO
                                      Assistant Attorney General
                                      Environment and Nat. Resources Division
                                      U.S. Department of Justice

                                      s/ Alan D. Greenberg
                                      _____
                                      Alan D. Greenberg
                                      Environmental Defense Section
                                      U.S. Department of Justice
                                      1961 Stout St., - 8th Floor
                                      Denver, Colorado 80294
                                      (303) 844-1366
                                      alan.greenberg@usdoj.gov
                                      Attorney for Defendants U.S. Environmental
                                      Protection Agency and Administrator Lisa P. Jackson

OF COUNSEL:
Samuel Brown
Office of General Counsel
U.S. Environmental Protection Agency
Washington, D.C.



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

NOV 2 5 2009

OFFICE OF
WATER

**Construction and Development Effluent Limitations Guidelines
Report on Status of Rulemaking – Due December 1, 2009**

Pursuant to the Permanent Injunction and Judgment in *Natural Resources Defense Council, et al. v. U.S. Environmental Protection Agency*, CV 04-8307-GHK (C.D. Cal.), the U.S. Environmental Protection Agency ("EPA" or "the Agency") provides this status report concerning its actions during the period of August 2009 through November 2009 to take final action with respect to effluent limitations guidelines and new source performance standards for the construction and development industry.

1. During this reporting period, EPA completed the following tasks towards completion of the final rule:
    a. Review of comments received on the proposed rule;
    b. Assessment of actions needed to respond to comments;
    c. Revisions to the options for the final rule based on comments and other information received by the Agency;
    d. Preparation of the final package and record; and
    e. Intra-agency and inter-agency review of the final package.
2. On November 23, 2009 the Administrator signed the final rule. Publication of the final rule in the Federal Register is expected on December 1, 2009.
3. The Agency has met all project milestones required to be completed under the Permanent Injunction.

Internet Address (URL) ● http://www.epa.gov
Recycled/Recyclable ● Printed with Vegetable Oil Based Inks on 100% Postconsumer, Process Chlorine Free Recycled Paper

The undersigned, Mary T. Smith, is Director of the Engineering and Analysis Division of EPA's Office of Water. The Engineering and Analysis Division has primary responsibility for discharging EPA's duties under this court order.

*[signature]*

Mary T. Smith, Director
Engineering and Analysis Division
U.S. Environmental Protection Agency

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December 2009, I caused a true and correct copy of the foregoing Defendant United States Environmental Protection Agency's Notice of Filing Status Report (December 1, 2009) to be deposited in the United States mail, first class, postage pre-paid, addressed to the following counsel of record:

| | |
|---|---|
| Kim J. Landsman<br>Mark G. Young<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, New York 10036-6710 | Daniel Cooper<br>Layne Friedrich<br>Lawyers for Clean Water<br>1004 O'Reilly Ave.<br>San Francisco, CA 94129 |

Anjali I. Jaiswal
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
**Counsel for Petitioners Natural Resources Defense Council and Waterkeeper Alliance**

| | |
|---|---|
| Andrew G. Frank<br>Assistant Attorney General<br>New York State Attorney General's Office<br>120 Broadway<br>New York, New York 10271<br>**Counsel For the State of New York** | Philip Bein<br>Assistant Attorney General<br>New York State Attorney General's Office<br>The Capitol<br>Albany, New York 12224 |
| Denise Vecchio<br>Richard Blumenthal<br>Connecticut Attorney General's Office<br>55 Elm Street<br>Hartford, Connecticut 06106<br>**Counsel for the State of Connecticut** | Jan Chatten-Brown<br>Katherine A. Trisolini<br>Chatten-Brown & Carstens<br>2601 Ocean Park Boulevard, Suite 205<br>Santa Monica, California 90405<br>**Counsel for the States** |
| Jeffrey S. Longsworth<br>Barnes & Thornburg LLP<br>750 17th Street, N.W., Suite 900<br>Washington DC 20006-4675 | David T. Ballard<br>Barnes & Thornburg LLP<br>One North Wacker Drive, Suite 4400<br>Chicago IL 60606 |

Jason M. Booth
Dongell Lawrence Finney LLP
707 Wilshire Blvd
Los Angeles CA 90017
**Counsels for Industry Intervenors - Defendants National Association of Home Builders and Associated General Contractors of America**

                                                                  s/Alan D. Greenberg

                                                                  Alan D. Greenberg